# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0826
Lower Tribunal No. 22002488CT

———————————————

SCOTT A. ROBERTS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the County Court for Charlotte County.
Peter A. Bell, Judge.

March 10, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and BROWNLEE, JJ., concur.


Robert N. Harrison, of Robert N. Harrison, P.A., Venice, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED